ROSE NADEL, *et al., Appellants,* v. A. SCHOENEMAN AND H. SCHOENEMAN, PARTNERS AS J. SCHOENEMAN, *Appellees.*

Opinion Filed Oct. 26, 1915.

Appeal from Circuit Court, Lee County; F. A. Whitney, Judge.

PER CURIAM.—The order appealed from herein is reversed on the authority of the case of Rose Nadel *et al.,* Appellants, v. Weber Brothers Shoe Company, a corporation, Appellee, this day disposed of.